IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEONARD JONES,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-00057-TDS-JEP |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

Defendant BMW of North America, LLC ("BMW"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court, by and through undersigned counsel, for an Order dismissing with prejudice the First Amended Complaint of Plaintiff Leonard Jones. Plaintiff's First Amended Complaint should be dismissed, as it fails to state a claim upon which relief may be granted. Support for this Motion is set forth BMW's Memorandum in Support of its Motion to Dismiss Plaintiff's First Amended Complaint, which is filed contemporaneously herewith and incorporated herein.

WHEREFORE, Defendant BMW of North America, LLC respectfully requests that this Court enter an Order dismissing Plaintiff's First Amended Complaint in its entirety and with prejudice for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) and for any other and further relief that the Court may deem appropriate.

This the 5th day of May, 2020.

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ *Leslie Lane Mize*

Leslie Lane Mize
N.C. State Bar No. 32790
leslie.mize@nelsonmullins.com
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Phone: (919) 329-3800
Fax: (919) 329-3799

*Counsel for BMW of North America, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence B. Serbin
The Law Offices of Jason E. Taylor, P.C.
P.O. Box 2688
Hickory, NC 28603

Vlad Hirnyk
Lemberg Law LLC
43 Danbury Road
Wilton, CT 06897
vhirnyk@lemberglaw.com
*Counsel for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ *Leslie Lane Mize*
Leslie Lane Mize
N.C. State Bar No. 32790
leslie.mize@nelsonmullins.com
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Phone: (919) 329-3800
Fax: (919) 329-3799

*Counsel for BMW of North America, LLC*